# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHESTER M. ROTHMAN<br><br>Plaintiff,<br><br>v.<br><br>DR. AMER SYED, DR. SAQUIBA SYED, ALPINE MEDICAL GROUP LLC, ALPINE MEDICAL ASSOCIATES PC, ALPINE MEDICAL MANAGEMENT INC., ALPINE MEDICAL ASSOCIATES LLC, JANE/JOHN DOES 1-25, and RWJ BARNABAS HEALTH INC.,<br><br>Defendants. | Docket No.: 2:18-cv-14828<br><br>Civil Action<br><br>**CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO LOCAL RULE 6.1(b)** |

Pursuant to L.Civ.R. 6.1(b), Defendant RWJBarnabas Health, Inc., ("Defendant") hereby applies for the entry of an Order by the Clerk extending for fourteen (14) days the time within which they may answer, move, or otherwise respond to the Plaintiff's Complaint in the above-captioned matter. In support of this application, Defendant states as follows:

1. Defendant has not previously obtained an extension in this matter.

2. This matter was initially filed in the Superior Court of New Jersey, Hudson County, bearing docket no. HUD-L-3434-18.

3. By Notice of Removal electronically filed on October 10, 2018, Defendants removed this matter from the Superior Court of New Jersey to this Court.

4.	Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the time for Defendant to answer, move, or otherwise respond to this Complaint presently expires on October 17, 2018.

5.	Pursuant to L.Civ.R. 6.1(b), Defendant hereby requests that the Clerk enter an Order extending the time for Defendants to answer, move, or otherwise respond to the Plaintiff's Complaint for a period of fourteen (14) days, through and including October 31, 2018.

>	Respectfully Submitted,
>
>	**BRESSLER, AMERY & ROSS, P.C.**
>	Attorneys for Defendant
>	RWJBarnabas Health Inc.

Dated: October 10, 2018		By:	s/ MaryJane Dobbs
			MaryJane Dobbs, Esq.
			Benjamin J. DiLorenzo, Esq.
			Christopher G. Salloum, Esq.
			325 Columbia Turnpike
			Florham Park, New Jersey 07932
			P.O. Box 1980
			Morristown, New Jersey 07962
			Telephone: (973) 514-1200
			Facsimile: (973) 514-1660
			mjdobbs@bressler.com
			bjdilorenzo@bressler.com
			csalloum@bressler.com

## ORDER

The within application is GRANTED and it is hereby ORDERED that the time within which Defendant RWJBarnabas Health, Inc., may answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended for a period of fourteen (14) days, through and including October 31, 2018 .

WILLIAM T. WALSH, Clerk

Date: _____        By: _____
                              Deputy Clerk

## CERTIFICATE OF SERVICE

On this date, I certify that I filed the above and foregoing application by ECF. I also hereby certify that I sent a true copy of the above and foregoing application via federal express to:

Chester Rothman
366 West Side Avenue, Unit 4B
Jersey City, New Jersey 07305
*Pro Se* Plaintiff

Dated: October 10, 2018        By:   s/ MaryJane Dobbs