**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

CHESTER M. ROTHMAN

Plaintiff,

v.

DR. AMER SYED, DR. SAQUIBA SYED, ALPINE MEDICAL GROUP LLC, ALPINE MEDICAL ASSOCIATES PC, ALPINE MEDICAL MANAGEMENT INC., ALPINE MEDICAL ASSOCIATES LLC, JANE/JOHN DOES 1-25, and RWJ BARNABAS HEALTH INC.,

Defendants.

Docket No.: 2:18-cv-14828

Civil Action

**CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO LOCAL RULE 6.1(b)**

Pursuant to L. Civ. R. 6.1(b), Defendants Dr. Amer Syed, Dr. Saquiba Syed, Alpine Medical Group LLC, Alpine Medical Associates PC, Alpine Medical Management Inc., Alpine Medical Associates LLC and Alpine Medical Holdings, LLC ("Alpine Defendants") hereby apply for the entry of an Order by the Clerk extending for fourteen (14) days from the answer due date and the time within which they may answer, move, or otherwise respond to the Plaintiff's Complaint in the above-captioned matter. In support of this application, Defendants state as follows:

1. Defendants have not previously obtained an extension in this matter.

2. This matter was initially filed in the Superior Court of New Jersey, Hudson County, bearing Docket No. HUD-L-3434-18.

3. By Notice of Removal electronically filed on October 10, 2018, Defendant RWJ Barnabas Health Inc. removed this matter from the Superior Court of New Jersey to this Court. The Alpine Defendants consented to the removal by Defendant RWJ Barnabas Health, Inc.

4. The Alpine Defendants were served with the Order granting the removal on October 18, 2018. Pursuant to Fed. R. Civ. P. 81(c) (2)(C), the date for the Alpine Defendants to answer, move, or otherwise respond to this Complaint would be October 17, 2018.

5. Pursuant to L. Civ. R. 6.1(b), the Alpine Defendants hereby request that the Clerk enter an Order extending the time for the Alpine Defendants to answer, move, or otherwise respond to the Plaintiff's Complaint for a period of fourteen (14) days from October 17, 2018, up through and including October 31, 2018 (the same date by which the Defendant RWJ Barnabas Health, Inc. must answer, move, or otherwise respond to the Plaintiff's Complaint).

Respectfully submitted,

**KOZYRA & HARTZ, LLC**

Attorneys for Defendants Dr. Amer Syed, Dr. Saquiba Syed, Alpine Medical Group LLC, Alpine Medical Associates PC, Alpine Medical Management Inc., Alpine Medical Associates LLC and Alpine Medical Holdings, LLC

By: ______________________________

Barry A. Kozyra, Esq.
Kozyra & Hartz, LLC
354 Eisenhower Parkway
Second Floor, Suite 2300, Plaza 1
Livingston, New Jersey 07039
Telephone – 973-740-1550
Facsimile – 973-740-1515
barrykozyra@kozyrahartz.com

Dated: October 19, 2018

**ORDER**

The within application is GRANTED and it is hereby ORDERED that the time within which Defendants Dr. Amer Syed, Dr. Saquiba Syed, Alpine Medical Group LLC, Alpine Medical Associates PC, Alpine Medical Management Inc., Alpine Medical Associates LLC and Alpine Medical Holdings, LLC may answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended for a period of fourteen (14) days, through and including October 31, 2018.

WILLIAM T. WALSH, Clerk

Date: October 19, 2018

By: ___________________________
Deputy Clerk

**CERTIFICATE OF SERVICE**

On this date, I certify that I filed the above and foregoing application by ECF. I also hereby certify that I sent a true copy of the above via regular mail/certified mail/return receipt to:

Chester Rothman
366 West Side Avenue, Unit 4B
Jersey City, New Jersey 07305
*Pro Se* Plaintiff

Respectfully submitted,
**KOZYRA & HARTZ, LLC**

Attorneys for Defendants Dr. Amer Syed, Dr. Saquiba Syed, Alpine Medical Group LLC, Alpine Medical Associates PC, Alpine Medical Management Inc., Alpine Medical Associates LLC and Alpine Medical Holdings, LLC

By: ______________________________

Barry A. Kozyra, Esq.
Kozyra & Hartz, LLC
354 Eisenhower Parkway
Second Floor, Suite 2300, Plaza 1
Livingston, New Jersey 07039
Telephone – 973-740-1550
Facsimile – 973-740-1515
barrykozyra@kozyrahartz.com

Dated: October 19, 2018