BARRY A. KOZYRA[1]
JUDITH A. HARTZ
MICHAEL J. RANKIN[1]

* * *

WILLIAM H. MONE[2]
ROBERT SPAWN[1]
MARGARITA ROMANOVA

OF COUNSEL
JOHN E. BURGIO

LEONARD A. PEDUTO, JR.
(1949-2014)

[1]MEMBER OF NJ & NY BARS
[2]MEMBER OF NJ & PA BARS

K|H

KOZYRA & HARTZ, LLC
ATTORNEYS AT LAW
354 EISENHOWER PARKWAY
PLAZA I, 2ND FLOOR, SUITE 2300
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 740-1550
FACSIMILE: (973) 740-1515

FILE NO.: 12375-001

E-MAIL: RobertSpawn@KozyraHartz.com

November 26, 2018

**VIA ECF**
Judge Claire C. Cecchi, U.S.D.J.
King Federal Building & U.S. Courthouse
50 Walnut Street
Court Room MLK 5B
Newark, NJ 07102

**Re: Chester M. Rothman vs. Dr. Amer Syed, et al.**
**Docket No.: 2:18-cv-14828-CCC-JBC**

Dear Judge Cecchi:

This firm represents Defendants, Dr. Saquiba Syed, Dr. Amer Syed, Alpine Medical Group, LLC, Alpine Medical Associates, PC, Alpine Medical Management Inc., Alpine Medical Associates, LLC, and Alpine Medical Holdings, LLC (collectively, the "Alpine Defendants"), in the above-referenced matter.

On October 31, 2018, the Alpine Defendants filed a notice of motion to compel arbitration and to dismiss the complaint. (ECF 9). Plaintiff Chester Rothman's response to this motion was due on November 19, 2018, and Plaintiff hand-delivered same to the Court on that same date. (ECF 12). However, our office just received Plaintiff's response—which contained a notice of motion to deny defendant's motion to dismiss and compel arbitration—via ECF and first class mail this morning (November 26, 2018), a week after Plaintiff's response was filed with the Court. Plaintiff's proposed Order includes a clause compelling Defendants to produce an original patient services contract (attached as an exhibit to Defendants' motion to compel arbitration), and to produce all other original documents in Defendants' possession bearing Plaintiff's signature.

Pursuant to a conversation with your law clerk earlier today, because we did not receive these papers until this morning (November 26, 2018), it is requested that both our motion to compel arbitration and plaintiff's apparent cross-motion be adjourned one motion cycle to

December 17, 2018 in order to provide Defendants with adequate time to respond. With this new motion date, our opposition to plaintiff's motion would be due on December 3, 2018, and Plaintiff's reply would be due on December 10, 2018.

Should Your Honor have any questions concerning this letter, please do not hesitate to contact me or Barry A. Kozyra, Esq. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Robert Spawn

Robert Spawn, Esq.

RS:df

cc: Mr. Chester Rothman (via ECF and Email)
MaryJane McNicholas Dobbs, Esq. (via ECF)