## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHESTER M. ROTHMAN,<br><br>Plaintiff,<br><br>v.<br><br>DR. AMER SYED, DR. SAQUIBA SYED, ALPINE MEDICAL GROUP LLC, ALPINE MEDICAL ASSOCIATES PC, ALPINE MEDICAL MANAGEMENT INC., ALPINE MEDICAL ASSOCIATES LLC, JANE/JOHN DOES 1-25, and RWJ BARNABAS HEALTH INC.,<br><br>Defendants. | No.: 2:18-cv-14828-CCC-JBC<br><br>Civil Action<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having been settled between the parties, **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Chester M. Rothman and counsel for defendant RWJBarnabas Health, Inc. and Barnabas Health Medical Group, P.C., that the Complaint against them be and hereby is dismissed with prejudice and without fees and costs.

**CHESTER M. ROTHMAN**
Plaintiff, *Pro Se*

By: _____
       Chester M. Rothman

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Defendant
  RWJBarnabas Health, Inc.

By: _____
       Benjamin J. DiLorenzo

5158663

DATED: 5 Dec 2018                    DATED: Dec 11, 2018