UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHESTER M. ROTHMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RWJBARNABAS HEALTH INC. et al.,<br><br>　　　　Defendants, | Civil No. 18-14828<br><br>**MEDIATION ORDER** |

This matter having come before the Court and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

IT IS on this 19th day of August, 2019

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: **Sheryl M. Goski, Esq., 30 Columbia Turnpike, Florham Park, NJ 07932**.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. Defendants' Motion to Compel Arbitration and Motion to Dismiss Complaint [Docket Entry No. 9] is terminated without prejudice. To the extent this matter is not resolved through mediation, the motion shall be deemed reinstated.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　**HON. CLAIRE C. CECCHI**
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge